IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED JUN 1 7 2005
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

CHARLES L. FREEZE,                )
                                  )
            Plaintiff             )          ORDER GRANTING LEAVE TO
                                  )          PROCEED IN FORMA PAUPERIS
      v.                          )
                                  )          No.
DR. CAROL MOST LEVIN,             )
                                  )          **1:05CV00551**
            Defendant             )

In reliance upon the representations set forth in the application and affidavit of the plaintiff,

IT IS ORDERED that the plaintiff in the above-entitled proceeding be, and is hereby, permitted to commence said proceeding in this Court without prepayment of fees or costs, or giving security therefor. [28 U.S.C. 1915(a)]

Plaintiff is responsible for preparing and delivering to the Clerk, the correct summons for service on each defendant, including the correct address and the name and title of the individual to be served on behalf of a corporation, association, infant, incompetent or government agency. Failure to prepare and deliver said summons within 15 days from the filing of this order shall result in this case being dismissed without further notice.

The United States Marshal shall serve the summons and complaint.

This the __17th__ day of June, 2005.

_____
United States Magistrate Judge